UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARCH SPECIALITY INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>v.<br><br>PAVLETICH ELECTRIC & COMMUNICATIONS, INC.,<br><br>    Defendant. | Case No. 1:21-cv-01773-DAD-BAK<br><br>ORDER FOR COUNSEL TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR FAILURE TO SEEK ADMISSION TO PRACTICE IN THIS DISTRICT |

    This case was transferred to this District from the District of New Jersey on December 15, 2021. (ECF No. 18.) The same day, the Clerk of Court issued a notice directing Plaintiff Arch Specialty Insurance Company's ("Plaintiff") counsel, Judy Lu, and Defendant Pavletich Electric & Communications, Inc.'s ("Defendant") counsel, James Harry Olivero and Andrew E. Anselmi, to submit an application appear pro hac vice. (ECF No. 20.) To date, Attorneys Lu, Olivero, and Anselmi have not filed applications to appear pro hac vice, yet they remain counsel of record for the parties.[1]

    Accordingly, IT IS HEREBY ORDERED that, no later than **February 17, 2021**, Plaintiff's counsel Judy Lu and Defendant's counsel James Harry Olivero and Andrew E.

---

[1] On December 29, 2021, Defendant filed an answer and counsel William Alexander appeared on its behalf. (ECF No. 21) However, Defendant has not filed a notice of withdrawal or substitution of attorney as to Attorneys Olivero and Anselmi and they remain counsel of record for Defendant.

Anselmi shall each show cause in writing why sanctions should not be imposed for their failure to seek admission to practice in this District. Alternatively, counsel may comply with this order submitting a Petition by Attorney for Admission to Practice before the Eastern District or filing an application for admission to practice pro hac vice and paying the applicable fee pursuant to Local Rule 180, or by filing an appropriate notice of withdrawal or substitution of attorney pursuant to Local Rule 182.

<u>Failure to respond to this order to show cause may result in the imposition of sanctions.</u>

IT IS SO ORDERED.

Dated:   **February 2, 2022**          /s/ Erica P. Grosjean
                                       UNITED STATES MAGISTRATE JUDGE

2