Case 1:21-cv-01773-DAD-BAK   Document 27   Filed 02/15/22   Page 1 of 2





United States District Court
Eastern District of California

FILED
FEB 15 2022
CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

| ARCH SPECIALTY INSURANCE COMPANY, | Case Number: | 1:21-cv-01773-DAD-BAK (EPG) |

Plaintiff(s)

V.

PAVLETICH ELECTRIC & COMMUNICATIONS, INC.,

Defendant(s)

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, **J. Gregory Lahr** hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:
**Plaintiff, Arch Specialty Insurance Company**

On **04/13/1999** (date), I was admitted to practice and presently in good standing in the **Courts of the State of New York** (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 2/10/2022            Signature of Applicant: /s/ _____

U.S. District Court – Pro Hac Vice Application                                                Page 1
Revised July 6, 2021

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | J. Gregory Lahr |
| Law Firm Name: | Robinson & Cole LLP |
| Address: | 666 Third Avenue, 20th Floor |
| City: | New York    State: NY    Zip: 10017 |
| Phone Number w/Area Code: | (212) 451-2900 |
| City and State of Residence: | Berkeley Heights, New Jersey |
| Primary E-mail Address: | glahr@rc.com |
| Secondary E-mail Address: | RCManagingClerk@rc.com |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Earl M. Forte |
| Law Firm Name: | Robinson & Cole LLP |
| Address: | 1650 Market Street, Suite 3030 |
| City: | Philadelphia    State: PA    Zip: 19103 |
| Phone Number w/Area Code: | (215) 398-0559    Bar # 123776 |

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: 2/15/22

_____
JUDGE, U.S. DISTRICT COURT