UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARCH SPECIALITY INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>PAVLETICH ELECTRIC & COMMUNICATIONS, INC.,<br><br>Defendant. | Case No. 1:21-cv-01773-DAD-BAK<br><br>ORDER DISCHARGING ORDER FOR COUNSEL TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR FAILURE TO SEEK ADMISSION TO PRACTICE IN THIS DISTRICT<br><br>(ECF No. 23) |

     On February 2, 2022, the Court issued an order requiring Plaintiff's counsel Judy Lu and Defendant's counsel James Harry Olivero and Andrew E. Anselmi to each show cause in writing why sanctions should not be imposed against them for their failure to seek admission to practice in this District. (ECF No. 23.) Alternatively, counsel was permitted to comply with the order by submitting a petition for admission, pro hac vice application, notice of withdrawal, or substitution of attorney, as appropriate. (*Id.*)

     On February 3, 2022, Defendant filed a notice of withdrawal as to Attorneys Olivero and Anselmi, and these attorneys were terminated as counsel of record for Defendant on the docket. (*See* ECF No. 24.) On February 14, 2021, Attorney Lu submitted a pro hac vice application, which the Court granted. (ECF Nos. 26, 28.) In light of counsel's compliance, the Court will discharge the order to show cause.

1

1    Accordingly, IT IS HEREBY ORDERED that the Court's February 2, 2022 order (ECF
2  No. 23) for Plaintiff's counsel Judy Lu and Defendant's counsel James Harry Olivero and
3  Andrew E. Anselmi to each show cause why sanctions should not be imposed against them is
4  DISCHARGED.

IT IS SO ORDERED.

Dated:  **February 23, 2022**              /s/ Erica P. Grosjean
                                            UNITED STATES MAGISTRATE JUDGE